UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA																		PLAINTIFF

vs.																		CRIMINAL ACTION NO. 1:11CR-13-R

MOHANAD SHAREEF HAMMADI																		DEFENDANT

<u>UNITED STATES' SENTENCING MEMORANDUM</u>

-Electronically Filed-

Mohanad Shareef Hammadi was charged in a twelve count Superseding Indictment returned by the Bowling Green Grand Jury on February 15, 2012. Hammadi pleaded guilty to all counts on August 21, 2012. His sentencing hearing is set for January 29, 2012, in U.S. District Court in Bowling Green.

The purpose of this Memorandum is to set out for the Court and the defendant the facts in this case, as the United States believes they exist, the recommendations to be made by the United States at Hammadi's sentencing hearing, and the basis for those recommendations.

**OFFENSE CONDUCT**

Defendant Hammadi is charged in Counts 1, 2, 4, 6, and 8 of the Superseding Indictment with attempting to provide material support to terrorists, in violation of Title 18, United States Code, Section 2339A. He is charged in Counts 3, 5, 7, and 9 of the Superseding Indictment with attempting to provide material support to a designated foreign terrorist organization (al Qaida in Iraq), in violation of Title 18, United States Code, Section 2339B. He is charged in Count 10 of

the Superseding Indictment with conspiring to knowingly transfer, receive, possess, and export a surface-to-air missile launcher system, in violation of Title 18, United States Code, Section 2332g. Finally, he is charged in Counts 11 and 12 of the Superseding Indictment with knowingly making a false statement in an application required by immigration laws and regulations, in violation of Title 18, United States Code, Section 1546(a).

The Bowling Green office of the FBI's Louisville Division initiated an investigation of Waad Ramadan Alwan in approximately 2009. As part of the investigation, a Confidential Human Source (CHS) met with Alwan and recorded their meetings and conversations beginning in or about August 2010. The CHS represented to Alwan that he was working with a group to send money and weapons to the Mujahidin in Iraq. In January 2011, Alwan recruited Hammadi, a fellow Iraqi refugee living in Bowling Green, to assist in the purported material support operations. Hammadi is an Iraqi national and resided in Bowling Green, Kentucky, prior to his arrest. Hammadi entered the United States on or about July 20, 2009, under a United States refugee program. Beginning in January 2011, Hammadi participated in money and weapons deliveries and detailed to the CHS his prior activities as an insurgent in Iraq, including his prior participation in IED attacks against U.S. troops in Iraq.

After his arrest on May 25, 2011, Hammadi waived his *Miranda* rights and was interviewed by the FBI. During the interviews, Hammadi further detailed his prior involvement in insurgent activities and his membership in terrorist groups while living in Iraq.

A. **Material Support**

In mid-January 2011, Alwan told the CHS that he believed he could recruit Hammadi to assist in the purported weapons and money shipments that Alwan was conducting with the CHS.

Alwan told the CHS that Hammadi was experienced as a former insurgent in Iraq. In later conversations with the CHS, Hammadi discussed details of his prior experience as an insurgent in Iraq, including descriptions of attacks and discussions of his associates and superiors.

On January 25, 2011, the CHS, with Alwan present, met with Hammadi for the first time. Hammadi told the CHS about his prior experiences as an insurgent and his previous experience using Improvised Explosive Devices (IEDs) while living in Iraq. During that same meeting the CHS told Hammadi about the shipments of money that he and Alwan were sending overseas. The CHS told them the money was being sent to the Mujahidin. The CHS told Hammadi that the money was hidden in cars that were being shipped to Iraq and that they would sometimes send amounts of $200,000 or $300,000 or more. The CHS told Hammadi that each operation involved loading money into the cars.

Count 1 charges Hammadi with attempting to provide material support and resources to terrorists (2339A) on January 27, 2011. The shipment included money. The money purported to be $100,000 in stacks of cash and $5,000 for the driver. On that date the CHS took Hammadi and Alwan to a tractor-trailer with a hidden compartment and showed them how to access it. They then placed what purported to be $100,000 into the hidden compartment. They also placed $5,000 in the cab of the tractor-trailer for the driver.

Counts 2 and 3 charge Hammadi with attempting to provide material support and resources (2339A and 2339B) on February 16, 2011. The shipment included two rocket-propelled grenade launchers, two machine guns, two cases of C4 plastic explosives, two sniper rifles, and money. The money purported to be five bundles of $100 bills and $5,000 for the driver. On February 15, 2011, Hammadi and Alwan went to a storage facility in Bowling Green, Kentucky, to prepare the weapons for delivery the following day. Video cameras captured Alwan

and Hammadi handling the weapons and placing them in duffle bags. On February 16, 2011, the CHS, Alwan, and Hammadi met to discuss the weapons that were being shipped. The CHS specifically told Hammadi and Alwan that "these weapons are not being sent only to al Qaida, they are going to all the Mujahidin." At this meeting they also discussed "Strelas." A "Strela" is a Russian-made, portable, shoulder-fired surface-to-air missile launcher. Hammadi discussed his familiarity with Strelas and his experience with them in Iraq. They then discussed shipping Strelas in future operations.

Counts 4 and 5 charge Hammadi with attempting to provide material support and resources (2339A and 2339B) on March 16, 2011. Count 10 charges Hammadi with conspiring to knowingly transfer, receive, possess, or export a surface-to-air missile launcher system, in violation of Title 18, United States Code, Section 2332g. The shipment included two Stinger surface-to-air missile launcher systems, and money. On March 15, 2012, the CHS met with Hammadi and Alwan to discuss a shipment for the following day. The CHS told them they would do a test run with two Stinger missile launchers and that if it was successful they would send 20 or 30 the next time. Later that day, Hammadi and Alwan were video recorded at the Bowling Green storage facility preparing the Stingers by placing them in ski bags for delivery the next day. On March 16, 2011, Hammadi and Alwan picked up the two Stinger missile launchers from the storage facility and delivered them to the tractor-trailer. Hammadi and Alwan were captured on video loading them into the trailer and concealing them in hidden compartments in pallets. Hammadi and Alwan also loaded bundles of cash in the trailer and $5,000 in the cab for the driver.

Counts 6 and 7 charge Hammadi with attempting to provide material support and resources (2339A and 2339B) on April 21, 2011. The shipment included one case of C4 plastic

explosives, a box containing twelve hand grenades and money. Prior to the operation, the CHS detailed to Hammadi what was being shipped. On April 21, 2011, Hammadi and Alwan were captured on video recording loading the weapons into the tractor-trailer.

Counts 8 and 9 charge Hammadi with attempting to provide material support and resources (2339A and 2339B) on May 25, 2011. The shipment included three machine guns, three rocket-propelled grenade launchers, and two cases of C4 plastic explosives. On May 25, 2011, a video recording captured them in the storage unit loading the weapons. They were later arrested by the FBI as they approached the tractor-trailer to load the weapons.

### B. Immigration Fraud

Counts 11 and 12 charge Hammadi with making false statements with respect to an application required by United States immigration laws. Hammadi immigrated to the United States in 2009. He initially traveled from Iraq to Syria. While in Syria, he applied for refugee status under the U.S. Refugee Admission Program. On March 1, 2009, Hammadi signed a form entitled "Sworn Statement of Refugee Applying for Admission to the United States" (Refugee Application). Question 4 of that form reads as follows:

> 4. Have you ever:
>     a. engaged in, conspired to engage in, or incited, sabotage, kidnaping, assassination, hijacking, or any other form of terrorist activity?
>     - - -
>     c. provided support, including housing, transportation, communications, funds, documents, weapons or training for any person or organization that has ever engaged in or conspired to engage in sabotage, kidnaping, assassination, hijacking, or any other form of terrorist activity?
>     d. Been a representative or member of a terrorist organization or a member of a group which endorses terrorist activity?

On the signed form, Hammadi checked "no" for each of the boxes next to parts a, c, and d of that question and signed the form under penalty of perjury. Hammadi's application was

subsequently granted and he later arrived in the United States on or about July 20, 2009.

On December 14, 2010, in Bowling Green, Kentucky, Hammadi completed an Immigration Form I-485, Application to Register Permanent Residence or Adjust Status (Form I-485). The I-485 Form includes the following question:

> 15. Have you EVER:
>     a. Served in, been a member of, assisted in, or participated in any military united, paramilitary unit, police unit, self-defense unit, vigilante unit, rebel group, guerilla group, militia, or insurgent organization?

Hammadi checked "no" for this question and signed the form under penalty of perjury.

### C. Hammadi's Statements to the FBI

After his arrest, Hammadi waived his Miranda rights and consented to be interviewed by the FBI. Over the course of various interviews, Hammadi stated the following: Hammadi stated that he was associated with the Jaysh al Mujahidin terrorist group in Iraq. Hammadi was taught how to build and use IEDs in Iraq. Hammadi told of his first attack on U.S. forces in Iraq in 2006 and stated it was on a main highway in Iraq and the IED was placed on the side of the road and covered with sand. Hammadi stated that the IED was detonated by a remote device and that Hammadi and his associates targeted a Humvee and multiple trucks. Hammadi's participation in a second attack came about a month later and this attack targeted an American convoy. Hammadi believes the IED detonated but did minimal damage. Hammadi discussed participating in a third IED attack in 2007 in the same area that also targeted an American convoy. Hammadi stated he participated in approximately five attacks with his first cell leader. Hammadi stated that he participated in the activities in Kentucky in order to support the fight against American troops in Iraq. Hammadi believed the shipments of money and weapons from Kentucky were going to al Qaida in Iraq. Hammadi stated that he was familiar with machine guns because he carried them

in Iraq. Hammadi advised that his first use of a weapon in Iraq was when he fired on a U.S. soldier in an observation tower in Iraq. Hammadi explained that he participated in approximately 5 IED attacks with his first cell leader and then participated in another 5-6 attacks with a new cell leader in Iraq. The new cell leader brought Hammadi and his associates to be part of al Qaida. Hammadi stated that he was arrested in Iraq for planting IEDS. Hammadi admitted that one of his goals in Iraq was to kill Americans.

## RECOMMENDATIONS

The United States believes Hammadi's Sentencing Guidelines are correctly stated in the Presentence Report. The Combined Adjusted Offense Level is 56, minus three points for Acceptance of Responsibility. Pursuant to USSG § 3A1.4(a) the assessed criminal history category should be VI.

Respectfully submitted,

DAVID J. HALE
United States Attorney

/s/ LAWRENCE SCHNEIDER
Trial Attorney
U.S. Department of Justice
Counterterrorism Section
(202) 616-4940

/s/MICHAEL A. BENNETT
/s/BRYAN R. CALHOUN
Assistant U.S. Attorneys
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on January 16, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to James A. Earhart, counsel for defendant Mohanad Shareef Hammadi.

<u>/s/MICHAEL A. BENNETT</u>
<u>/s/BRYAN R. CALHOUN</u>
<u>/s/ LAWRENCE SCHNEIDER</u>