# UNITED STATES DISTRICT COURT
## Western District of Kentucky

## EXHIBIT INVENTORY

Case Number: 1:11Cr 13-R   Style of Case: USA v Hammadi
Received from: D. Legg   Received by: _Debbie McKiernan_ Date: 1/31/13

Proceedings: Sentencing (1/21/13)

| NUMBER | DESCRIPTION | NUMBER | DESCRIPTION |
|---|---|---|---|
| Gov 1 | photo | | |
| 2 | photo | | |
| 3 | photo | | |

NOTES: _____

## DISPOSITION OF EXHIBITS:

ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____

OTHER DISPOSITION: _____
DATE: _____   RETURNED BY: _____, Deputy Clerk