1:11cr13-R

2-2-13

Dear Judge

Your honour i write you again because i want to appeal my case and i don't know how to do it. The last time i seen my attorney in the court he told me he going do it for me. i want to appeal my case and i want mr. EARHART be my attorney.

Thank you your honour for your time.

respectfull
Mohanad Hammadi