# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION
# CRIMINAL ACTION NO. 1:11-CR-00013-TBR-HBB

UNITED STATES OF AMERICA,                                    Respondent/Plaintiff,

v.

MOHANAD SHAREEF HAMMADI,                                     Movant/Defendant.

## ORDER AND JUDGMENT

For the reasons set forth in the Court's contemporaneous Memorandum Opinion,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Findings of Fact, Conclusions of Law, and Recommendation, [R. 206], is **ADOPTED IN PART** and **REJECTED IN PART**, and that Mohanad Shareef Hammadi's Objection, [R. 207], is **SUSTAINED IN PART** and **OVERRULED IN PART**.

**IT IS FURTHER ORDERED** that Mohanad Shareef Hammadi's Motion to Vacate, Set Aside, or Correct Sentence, [R. 148], is **DENIED**.

A Certificate of Appealability is **DENIED** as to each claim asserted in Mohanad Shareef Hammadi's Motion to Vacate, Set Aside, or Correct Sentence, [R. 148].

**IT IS SO ORDERED**.

Date:

cc:     Counsel of Record

1